## DIAL *et al. v.* REID.

Under the evidence the award of custody of a minor child, on habeas corpus, was erroneous.

No. 6467.     APRIL 13, 1928.

Habeas corpus. Before Judge Edwards. Polk superior court. December 30, 1927.

*F. A. Irwin,* for plaintiffs in error. *J. S. Edwards,* contra.

GILBERT, J. Morgan Reid brought habeas corpus against Nancy and Patterson Dial, for the possession of his son, J. R. Reid, 9 years old. The evidence demanded a finding that the child was born in the home of the defendants, his grandparents; that while a baby the father left the burden of his support and rearing on the defendants; that later the plaintiff abandoned his wife and child altogether; that the wife procured a divorce, and was awarded the custody of the child; that subsequently both parents married again; that the mother afterwards died, but upon her second marriage "gave the child to defendants while she was the legal and rightful custodian under decree of the court;" that the father failed to provide necessaries, and abandoned the child; and that

the defendants, while poor, were able to support the child and provide a common, public-school education for him.

Under the evidence the court erred in rendering a judgment awarding the custody of the child to the petitioner. Civil Code (1910), § 3021 (3). Compare *Southern Ry. Co.* v. *Flemister,* 120 *Ga.* 524, 528 (48 S. E. 160).

*Judgment reversed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*